Duane L. KNOPIK, Plaintiff–Appellant,

v.

BP PRODUCTS NORTH AMERICA, INC., Defendant–Appellee,

and

Exxonmobil Oil Corporation, Defendant–Cross Appellant,

and

Enecotech Midwest Inc., Defendant–Appellee,

and

Conocophillips Company, Sinclair Oil Corporation, Unocal Corporation, Leggette, Brashears & Graham, Inc., Dpra Incorporated, and Braun Intertec Corporation, Defendants.

1. Knopik's motion to dismiss ExxonMobil Oil Corporation's appeal, 03–1446, remains pend-

Duane L. Knopik, Plaintiff–Appellee,

v.

BP Products North America, Inc., Defendant–Appellant,

and

Exxonmobil Oil Corporation, Defendant–Cross Appellee,

and

Braun Intertec Corporation, Defendant–Appellee,

and

Enecotech Midwest Inc., Defendant–Appellee,

and

Conocophillips Company, Sinclair Oil Corporation, Unocal Corporation, Leggette, Brashears & Graham, Inc., and Dpra Incorporated, Defendants.

Nos. 03–1420, 03–1446, 03–1447.

United States Court of Appeals, Federal Circuit.

DECIDED: Aug. 14, 2003.

ON MOTION

*ORDER*

Duane L. Knopik moves without opposition for a 30–day extension of time, until September 4, 2003, to file his brief in 03–1420, 03–1446.[1] BP Products North America, Inc. moves without opposition to dismiss its appeal, 03–1447.

IT IS ORDERED THAT:

(1) Knopik's motion for an extension of time in 03–1420, –1446 is granted.

ing.

(2) BP's motion to dismiss 03–1447 is granted.

(3) Each side shall bear its own costs in 03–1447.

(4) The revised official caption in 03–1420, –1446 is reflected above.